THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SALVATORE DI CRISTOFARO, Appellant.

Argued April 16, 1947; decided May 22, 1947.

*Thomas L. Newton* for appellant.

*Gordon Steele, District Attorney (Leonard Finkelstein* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.